# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D19-0351

—————————————————

NORMAN D. REYNOLDS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, III, Judge.

March 18, 2019

PER CURIAM.

Because the notice of appeal was not timely filed, this case is hereby dismissed for lack of jurisdiction. *See* Fla. R. App. P. 9.110(b)*; Peltz v. District Court of Appeal, Third Dist.*, 605 So. 2d 865, 866 (Fla. 1992).

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Norman D. Reynolds, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.